
CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED
for Roanoke
NOV - 9 2007
JOHN F. CORCORAN, CLERK
BY: /s/ Deputy Clerk

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

| | |
|---|---|
| DAVID MCNEER SALYERS, <br> Petitioner, | Civil Action No. 7:07-cv-00403 |
| v. | ORDER |
| GENE M. JOHNSON, DIRECTOR <br> OF THE VIRGINIA DEPARTMENT <br> OF CORRECTIONS, <br> Respondent. | By: Hon. Jackson L. Kiser <br> Senior United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby

**ADJUDGED and ORDERED**

that respondent's motion to dismiss shall be and hereby is **GRANTED**; Salyers' petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 shall be and hereby is **DISMISSED**; all pending motions are hereby **DENIED** as moot; this case shall be **STRICKEN** from the active docket of the court.

The Clerk of the Court is directed to send copies of this Order and accompanying Memorandum Opinion to petitioner and counsel of record for respondent.

ENTER: This 9th day of November, 2007.

/s/ Jackson L. Kiser
Senior United States District Judge